IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DU-COOK CONSTRUCTION CO., an Illinois corporation, | ) ) ) | FILED<br>MARCH 18, 2008   TC<br>08CV1593 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. JUDGE DARRAH<br>MAGISTRATE JUDGE DENLOW |
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1 and L.R. 3.2, Plaintiff Du-Cook Construction Co. states that it has no affiliates.

Dated: March 18, 2008

Respectfully submitted,

DU-COOK CONSTRUCTION CO.

By: s/ Jeffrey H. Bergman
    One of Its Attorneys

Jeffrey H. Bergman
Michael P. McBride
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400

*Attorneys for Plaintiffs*

1130834-1