IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DU-COOK CONSTRUCTION CO., an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,<br><br>        Defendant. | Case No. 08 CV 1593<br><br>Judge John W. Darrah<br><br>Magistrate Judge Morton Denlow |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Du-Cook Construction Co. ("Du-Cook"), by its attorneys, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action against Defendant Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers ("Defendant") without prejudice. Defendant has not been formally served with the Summons and Complaint and has not filed an answer or motion for summary judgment. Du-Cook and Defendant have resolved the matter which was the subject of this action. The clerk of the above-entitled court is requested to enter this dismissal in the records of the court.

Dated: May 1, 2008

                                    Respectfully submitted,

                                    Du-Cook Construction Co.

                                    By: s/ Michael P. McBride
                                            One of Its Attorneys

Jeffrey H. Bergman
Michael P. McBride
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
(312) 977-4400

1150678-1

## CERTIFICATE OF SERVICE

I, Michael P. McBride, hereby certify that on May 1, 2008, I caused a true and correct copy of *Notice of Voluntary Dismissal* to be served via U.S. Mail and electronic mail upon the following:

>Barry M. Bennett
>Dowd, Bloch & Bennett
>8 South Michigan Ave.
>19th Floor
>Chicago, IL 60603
>bbennett@dbb-law.com

s/ Michael P. McBride

1150678-1